1  **SEYFARTH SHAW LLP**
   Ashley N. Arnett (SBN 305612)
2  E-mail: aarnett@seyfarth.com
   601 South Figueroa Street, Suite 3300
3  Los Angeles, California 90017-5793
   Telephone:    (213) 270-9600
4  Facsimile:    (213) 270-9601

5  Attorneys for Defendant
   Chanel, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | VALERIE BROOKS, | Case No. 2:20-cv-01218-JAM-KJN |
|----|---|---|
| 12 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| 13 | v. | |
| 14 | CHANEL, INC. | Hon. John A. Mendez |
| 15 | Defendant. | |

16

17      Plaintiff Valerie Brooks ("Plaintiff") and Defendant Chanel, Inc. ("Defendant") hereby

18  stipulate as follows:

19      WHEREAS, a Notice of Settlement between Plaintiff and Defendant was filed on August

20  17, 2020 (ECF No. 6) and this Court ordered that dispositional documents be filed on or before

21  September 11, 2020 (ECF No. 7);

22      WHEREAS, the Parties are still in the process of executing their settlement agreement

23  and believe a short extension of the Court's September 11, 2020 deadline would allow them to

24  do so without filing dispositional documents prematurely;

25      WHEREAS, this request is not made for any delay or improper purpose and this is the

26  Parties' first request for this deadline's extension;

27  ///

28  ///

THEREFORE, Plaintiff and Defendant hereby request that the currently scheduled deadline to file dispositional documents be extended from September 11, 2020 to September 25, 2020.

**IT IS SO STIPULATED.**

DATED: September 10, 2020          **SEYFARTH SHAW LLP**

By  */s/ Ashley N. Arnett*[1]
     Ashley N. Arnett

Attorneys for Defendant CHANEL, INC.

DATED: September 10, 2020          **WILSHIRE LAW FIRM**

By  */s/ Thiago Merlini Coelho*
     Thiago Merlini Coelho

Attorneys for Plaintiff VALERIE BROOKS

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for the Parties to file dispositional documents for this matter currently ordered for September 11, 2020 is continued to September 25, 2020.

DATED: September 11, 2020          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

---

[1] Pursuant to Eastern District Local Rule 131(c), filing counsel attests that all other signatories listed hereon and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

-2-